[No. 45058-5-II. Division Two. August 26, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SOEUN SUN, *Appellant*.

 by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 45925-6-II. Division Two. August 26, 2015.]

HERITAGE RESTORATION, INC., *Respondent*, v. DOUGLAS RADABAUGH ET AL., *Appellants*.

 by unpublished opinion per Melnick, J., concurred in by Maxa, J.; Lee, J., dissenting.

[No. 46641-4-II. Division Two. August 26, 2015.]

WILLIAM E. WALL, *as Personal Representative*, ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

 by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 71330-2-I. Division One. August 31, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTON CURTIS JOHNSON, *Appellant*.

 by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Dwyer, J.